IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Paul A. Williams, Jr., <br><br> Plaintiff, <br> vs. <br><br> Nancy A. Berryhill[1], Acting Commissioner of Social Security, <br><br> Defendant. | Civil Action No. 8:16-cv-432-CMC <br><br> **ORDER** |

On January 12, 2017, Plaintiff's attorney filed a petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 19. The petition seeks an award of $6,287.05, representing 32.8 attorney hours at the rate of $190.28 per hour in 2015, and $191.70 per hour in 2016 and 2017, and $400 for the filing fee. *Id.* On January 25, 2017, the parties filed a Joint Stipulation for Attorney's Fees under the EAJA. ECF No. 21.

The Court has reviewed the fee petition and the parties' stipulation wherein the parties stipulate, subject to the approval of the court, that Plaintiff's fee petition is withdrawn. Accordingly, pursuant to the parties' stipulation,

**IT IS ORDERED** that Plaintiff shall be awarded Five Thousand Eight Hundred dollars and Zero cents ($5,800.00) in attorney's fees under the EAJA, and Four Hundred dollars and Zero cents ($400.00) in costs under 28 U.S.C. § 2412(a).

---

[1] Ms. Berryhill is now the Acting Commissioner of Social Security and will be substituted for Carolyn W. Colvin as the defendant in this suit, pursuant to 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

These fees are to be made payable to Paul A. Williams, Jr., and delivered by Defendant to the business address of Plaintiff's counsel.

    **IT IS SO ORDERED**.

                                                       s/ Cameron McGowan Currie
                                                       CAMERON MCGOWAN CURRIE
                                                       Senior United States District Judge

Columbia, South Carolina
January 25, 2017